UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAMAINE A. HARRISON (#3567)

VERSUS

JEFFERSON PARISH CORRECTION CENTER, ET AL.

CIVIL ACTION

NO. 14-781-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 7, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this action will be dismissed as legally frivolous and malicious within the meaning of 28 U.S.C. §§ 1915(g) and 1915A.

Baton Rouge, Louisiana the 5 day of June, 2015.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.