UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAMAINE A. HARRISON (#3567)

VERSUS

JEFFERSON PARISH CORRECTION CENTER, ET AL.

CIVIL ACTION

NO. 14-781-SDD-RLB

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 7, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this action will be dismissed as legally frivolous and malicious within the meaning of 28 U.S.C. §§ 1915(g) and 1915A.

Baton Rouge, Louisiana the 15 day of July, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.